Richard J. Dupree Jr.
FULL NAME

Same
COMMITTED NAME (if different)

CSP - Corcoran
FULL ADDRESS INCLUDING NAME OF INSTITUTION

P.O. Box 3461

Corcoran, CA. 93212

PRISON NUMBER (if applicable)
T-62266

**FILED**

JUL 02 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Richard J. Dupree Jr.

PLAINTIFF,

v.

CDC, Sgt. Aranda, C/o Arroyo

DEFENDANT(S).

CASE NUMBER  2:15-CV-1414 AC (PC)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes  ☐ No

2. If your answer to "1." is yes, how many? ___10___

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

The other lawsuits pertain to various violations of the satellite organization. Utilizing R.I.C.O. violations and Anti-Trust tactics. In an attempt to restrain trade by fraudulent means, etc...

a. Parties to this previous lawsuit:
   Plaintiff _RICHARD JOSE DUPREE JR._

   Defendants _SHAWN CARTER, EARVIN JOHNSON, JULIE CHEN, F.B.I., etc..._

b. Court _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _NO_

f. Issues raised: _I WAS DENIED DUE PROCESS of LAW_

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

   If your answer is no, explain why not _BECAUSE I'M SUING FOR MONETARY DAMAGES._

3. Is the grievance procedure completed? ☒ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _RICHARD JOSE DUPREE JR._
(print plaintiff's name)
who presently resides at _CORCORAN STATE PRISON_,
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_CSP - CORCORAN_
(institution/city where violation occurred)

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)  Page 2 of 6

on (date or dates) __6-3-2015__, __6-3-2015__, _____.
                      (Claim I)         (Claim II)        (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __Sgt. ARANDA__ resides or works at
   (full name of first defendant)
   __4001 King Rd., Corcoran, CA. 93212__
   (full address of first defendant)
   __CDC - Building Sgt.__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Sgt. ARANDA placed discriminatory "placards" on the cell door of plaintiff DUPREE. Which signal the fact, Mr. Dupree suffers "I EX" Diagnosis

2. Defendant __C/o ARROYO__ resides or works at
   (full name of first defendant)
   __4001 King Rd. Corcoran, CA. 93212__
   (full address of first defendant)
   __Correctional officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   As he searched my property. C/o ARROYO took authorized legal materials of Mr. Dupree. Books 'personal and 'case law' from Mr. Dupree.

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

D. CLAIMS*

CLAIM I

The following civil right has been violated:

U.S. Const. 4TH "... UNREASONABLE SEARCHES & SEIZURES"
U.S. Const. 5TH "... NOR BE DEPRIVED OF ... PROPERTY"...
U.S. Const. 8TH "... NOR CRUEL & UNUSUAL PUNISHMENT INFLICTED"
U.S. Const. 14TH "... NO STATE SHALL MAKE OR ENFORCE ANY LAW WHICH SHALL ABRIDGE THE PRIVELEGES of U.S. CITIZENS"
U.S. Const. 9TH "THE ENUMERATION IN THE CONSTITUTION OF CERTAIN RIGHTS SHALL NOT BE CONSTRUED TO DENY OR, DISPARAGE OTHERS RETAINED BY THE PEOPLE"

* UNIVERSAL DECLARATION of HUMAN Rights - ART. 2, "EVERYONE IS ENTITLED TO ALL THE RIGHTS AND FREEDOMS SET FORTH IN THIS DECLARATION, WITHOUT DISTINCTION of ANY KIND ... POLITICAL OR OTHER OPINION..."

* STANDARD MINIMUM RULES FOR TREATMENT OF PRISONERS - RULE 31, 1, ... PUNISHMENT BY DARK CELL, AND A CRUEL, INHUMAN OR, DEGRADING PUNISHMENT SHALL BE COMPLETELY PROHIBITED AS PUNISHMENTS FOR DISCIPLINARY OFFENSES.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

ON THE date of 6-3-2015. THE plaintiff WAS MOVED TO facility 3A-03-203, AD-SEG. PLACEMENT. BECAUSE OF AN INCIDENT PERTAINING TO AN OUT of CELL "IEX". UPON ARRIVING TO AD-SEG. THE PETITIONER SPOKE TO building Sgt. ARANDA. Sgt. ARANDA TOLD THE PETITIONER, "YOU KNOW I HAVE TO PUT THE PLACARDS ON YOUR CELL DOOR WINDOW." PETITIONER REPLIED, "NO! THAT IS NOT PROPER PROTOCOL." DUE TO THE FACT IT WAS AN OUT of CELL "IEX". AND, FURTHER— MORE, IT VIOLATES THE PRISONER UNIFORMITY. ALL INMATES ARE TO BE TREATED EQUALLY AND UNIFORMLY PER THE CDC TITLE 15. ALSO, THE FACT, THAT THE PETITIONER IS BEING ILL-TREATED AS WELL AS DISCREMINATED AGAINST. FOR A MENTAL HEALTH PROBLEM. IS IN VIOLATION of THE U.S. CONST. 8TH AMENN. "CRUEL & UNUSUAL PUNISHMENT." BECAUSE, THOSE PLACARDS CAUSE EVERYONE THAT APPROACHES ONES CELL. TO HARBOR PRE-CONCEIVED PREJUDICE TOWARDS

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

the particular inmate in the cell. Which range from verbal disrespect, to totally ignoring the individual. No matter if need is urgent. Oftentime, mental health psych techs are apt to ignore such an individual in a crisis. Because, the door "Placard" signal to everyone, that's an "I∑X" inmate. Even inmates that do not have the problem of "I∑X". Verbally ridicule (I∑X 'ers) with placards on their door. There is no way for other inmates to identify "I∑X" inmates. The yellow placards are kept on the doors of I∑X inmates for 180 days, per write-up. And, during that period of time. The petitioner is made to endure many mental assaults. That, cause some to slip into a mind of suicidal ideations. Because, the placards in the Ad-Seg. or, othu setting. Cause one to feel closed in, as if the walls were closing in. It obstructs the petitioners view of the Dayroom also.

Furthermore, on the date of 6-3-2015. C/O Arroyo, who is a regular in 3A-02 building. Was the officer that retrieved the petitioners property from cell # 234. Which mainly consisted of legal property. Upon the petitioner receiving his property. There were various legal materials that were no longer in the petitioners property.

(A)

1) Legal Law Dictionary 2) Case Law of R.I.CO. Act violations 3) The California State Prisoner Rights Handbook. 4) There was evidence for the case against CDC that was destroyed also.

So, the deliberate assault upon the petitioners legal documents and materials. Have caused the petitioner a significant amount of mental anguish & distress. Because, C/O Arroyo purposely confiscated the petitioners legal materials for no apparent reason. But, to obstruct the petitioners ability to liberate himself from prison. By denying the petitioner to retain possession of the constitutional afforded rights. To seek happiness in a peaceful manner. The petitioner was arbitrarily targeted because of an incident. And both situations have been avenues of mental torture & cruelty. The petitioner has been a victim of "Placards" on the cell front window for years at Corcoran State Prison. When in the Ad-Seg. or SHU program. These illegal cards have been used to degrade and humiliate the petitioner. Coupled with the theft of legal property. These retaliatory actions of CDC officers. Has caused the petitioner pain & suffering from a mental aspect. Which has had a debilitating affect on the petitioners morale and mood.

(B)

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Due to the fact that, the petitioner has been diagnosed by doctors, as an "Exhibitionist." I have continuously been discriminated against by CDC custody officers. And, treated cruelly because of my "medical disability". For every write-up I've received in CDC for or, as a result of my disability. There has been countless infractions as pertains to my constitutional rights. And, I've been made to endure physical harm also. As the petitioner has been physically beat down by various C/O's as a result of my disability.

Therefore, the petitioner requests:

One-million dollars, for punitive damages at the hands of CDC. As they, (officers) have continuously repeated the punishments for my (disability.)

1-Million Dollars Requested.

June 22, 2015
(Date)

Richard J. Russell Jr.
(Signature of Plaintiff)